```
                    IN THE UNITED STATES DISTRICT COURT
                    FOR THE SOUTHERN DISTRICT OF TEXAS
                              HOUSTON DIVISION


ALLCHEM PERFORMANCE PRODUCTS,    §
INC.,                            §
                                 §
               Plaintiff,        §
                                 §
VS.                              §   CIVIL ACTION H-10-3224
                                 §
AQUILINE WAREHOUSE, LLC, AND     §
CACTUS VALLEY POOL SERVICES AND  §
REPAIR, L.L.C., DOING BUSINESS   §
AS CACTUS VALLEY POOL,           §
                                 §
               Defendants.       §
```

**OPINION AND ORDER**

Pending before the Court in the above referenced cause are Plaintiff AllChem Performance Products, Inc's ("AllChem's") [third][1] motion for default judgment (instrument #29) against Defendant Aqualine Warehouse, L.L.C. ("Aqualine") based upon Allchem's Original Complaint, which was served on Aqualine on January 10, 2011.

Allchem has amended its complaint twice since the Original Complaint was filed. #16, 28. "An amended complaint supersedes the original complaint and the original complaint has no legal effect except to the extent that it is incorporated by reference into the amended complaint." *Rossignol v. Tillman*, Civ. A. No. 10-

---

[1] Previous motions for default are instruments #9, 11. Because Allchem filed an amended complaint (#16) before the Court reviewed these motions, it declared them moot. #18.

-1-

3044, 2011 WL 1193017, *2 (E.D. La. Mar. 25, 2011), *citing Eason v. Holt*, 73 F.3d 600, 603 (5th Cir. 1996), and *King v. Dogan*, 31 F.3d 344, 346 (5th Cir. 1994). *See also Boelens v. Redman Homes, Inc.*, 759 F.2d 504, 508 (5th Cir. 1985). The Second Amended Complaint (#28) does not incorporate the Original Complaint. Thus the Court

ORDERS that the current motion for default (#29) is DENIED.

**SIGNED** at Houston, Texas, this  20th  day of  December , 2011.

_____
MELINDA HARMON
UNITED STATES DISTRICT JUDGE